# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG ZHOU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 5:24-cv-01149-SB-SP<br>*Assigned to District Judge Stanley Blumenfeld, Jr. and Magistrate Judge Sheri Pym*<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties, Dkt. No. 16, the entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 22, 2024    By: _____
                              Stanley Blumenfeld, Jr.,
                              United States District Judge